# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME DURAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-CV-00150 LJO JLT<br><br>ORDER TO SHOW CAUSE TO MEOLDY PARMAN WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PRACTICING IN THIS COURT WITHOUT SEEKING MEMBERSHIP |

　　　This matter was initiated in this Court on January 29, 2013 when Defendants removed it from the Kern County Superior Court.  (Doc. 1)  Local Rule 180(b) restricts practice in this Court only to those who are members.

　　　On January 31, 2013, the Clerk of the Court issued a notice to Melody Parman, among others, informing her that she must submit a petition to practice in the Eastern District of California.  (Doc. 7)  She has failed to do so.  Therefore the Court **ORDERS**:

　　　1.　　Within 14 days of the date of service of this order, Melody Parman SHALL show cause in writing why sanctions should not be imposed for her failure to comply with Local Rule 180;

　　　2.　　Alternatively, within this same 14-day period, Melody Parman SHALL petition for membership to this Court;

1

3.  The Clerk of the Court is DIRECTED to provide with this order, a copy of "Petition by Attorney for Admission/ECF Registration/Consent to Electronic Service."

IT IS SO ORDERED.

Dated:   **May 16, 2013**                    **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE