# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAIME DURAN, | ) | Case No.: 1:13-CV-00150-LJO-JLT |
| Plaintiff, | ) ) | ORDER DISCHARGING ORDER TO SHOW |
| v. | ) ) | CAUSE ISSUED TO MELODY PARMAN ON MAY 16, 2013 |
| DONNY YOUNGBLOOD, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

The Court issued an Order to Show Cause to Melody Parman on May 16, 2013 for her failure to submit a petition to practice in the Eastern District of California.  (Doc. 19).  Ms. Parman was directed to file a petition for membership to the Court within fourteen days of the date of service.  *Id.* On May 20, 2013, Ms. Parman submitted her application, and was admitted to practice before this Court.  Accordingly, the Order to Show Cause dated May 16, 2013 is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   __June 14, 2013__               _____/s/ Jennifer L. Thurston_____
                                                     UNITED STATES MAGISTRATE JUDGE