**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME DURAN, | Case No.: 1:13-CV-00150-LJO-JLT |
| Plaintiff, | |
| v. | ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED TO MELODY PARMAN ON MAY 16, 2013 |
| DONNY YOUNGBLOOD, et al., | |
| Defendants. | |

The Court issued an Order to Show Cause to Melody Parman on May 16, 2013 for her failure to submit a petition to practice in the Eastern District of California. (Doc. 19). Ms. Parman was directed to file a petition for membership to the Court within fourteen days of the date of service. *Id.* On May 20, 2013, Ms. Parman submitted her application, and was admitted to practice before this Court. Accordingly, the Order to Show Cause dated May 16, 2013 is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **June 14, 2013**          /s/ Jennifer L. Thurston
                                                          UNITED STATES MAGISTRATE JUDGE

1