MARK S. ALGORRI – SBN 88859
CAROLYN L. TAN – SBN 269770
**DeWITT ALGORRI & ALGORRI**
25 E. Union Street
Pasadena, CA 91103
Tel: (626) 568-4000
Fax: (626) 584-3980

MARYAM PARMAN - SBN 197601
MELODY PARMAN - SBN 271184
**AVREK LAW FIRM**
9180 Irvine Center Drive
Irvine, CA 92618
Tel: (949) 313-3577
Fax: (800) 785-7026

Attorneys for Plaintiff,
JAIME DURAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME DURAN,<br><br>             Plaintiff,<br>v.<br><br>COUNTY OF KERN; AARON I. NADAL II; ASCENSION G. PLAZA; DONNY YOUNG BLOOD; and DOES 1-25, Inclusive,<br><br>             Defendants. | CASE NO.:1:13-CV-00150-LJO-JLT<br>Assigned to Hon. Lawrence J. O'Neill and to Magistrate Judge Jennifer L. Thurston<br><br>**ORDER ON DISMISSAL**<br><br><br><br>*Complaint filed: December 14, 2012* |

THE PARTIES HAVING STIPULATED AND GOOD CAUSE APPEARING, the above-referenced case is dismissed with prejudice, each party to bear its own costs and attorneys' fees.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **September 12, 2013**                                 /s/ Lawrence J. O'Neill
                                                                                    UNITED STATES DISTRICT JUDGE